## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTIAN HILL, SR.**                                                      **PLAINTIFF**

**V.**                                    **CASE NO. 3:26-CV-12 JM**

**ATLAS TUBE/ZEKELMAN INDUSTRIES**
**and JEFF MORESCO**                                              **EFENDANTS**

### ORDER

Plaintiff Christian Hill, Sr. paid the filing fee and initiated this employment discrimination case in Mississippi County Circuit Court. *See Hill v. Atlas Tube, et al.*, 47BCV-25-594 (Mississippi County) (Docket Sheet). Separate Defendant Jeff Moresco removed the case to this Court and moved to dismiss the claims against him. (Doc. 1, 4). Hill did not respond to the motion, and the time for doing so is passed. Moresco's motion to dismiss (Doc. 4) is GRANTED because there is no supervisor liability under either the ADA or ACRA.

Whether Atlas Tube/Zekelman Industries has been served with either the state case or the removal is unclear. Hill is noticed that the Court will dismiss this action unless proof of service is filed on or before <u>Thursday, July 2, 2026</u>, or Hill establishes good cause for the failure to serve summons and complaint on Atlas.

The Court notes that Local Rule 5.5(c)(2) instructs *pro se* parties that it is their reasonability to notify the Clerk and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* party is not responded to within 30 days, the case may be dismissed without prejudice. Failure to respond to this Order will result in the dismissal of this lawsuit. LOCAL RULE. 5.5(c)(2).

IT IS SO ORDERED this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE