**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHRISTIAN HILL, SR.**                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 3:26-CV-12 JM**

**ATLAS TUBE/ZEKELMAN INDUSTRIES**                                          **DEFENDANTS**

**ORDER**

Plaintiff Christian Hill, Sr.'s motion to extend time for service (Doc. 7) is GRANTED. The

Clerk of the Court is directed to issue summons for Atlas Tube/Zekelman Industries through its

registered agent C.T. Corporation System, 320 S. Izard St., Little Rock, AR 72201 and return it

along with a copy of the complaint to Plaintiff to complete service. (Doc. 2). Plaintiff is warned

that **it is his responsibility** to serve Defendant and to file proof of service with the Court. Rule

4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court –
> on motion or on its own after notice to the plaintiff – must dismiss the action without
> prejudice against that defendant or order that service be made within a specified
> time. But if the plaintiff shows good cause for the failure, the court must extend the
> time for service for an appropriate period.

Notice is hereby given to Plaintiff that the Court will dismiss this action unless proof of service is

filed on or before August 14, 2026

IT IS SO ORDERED this 6th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE